1
UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

JEFFREY MORTON,

    Plaintiff, *and a class of similarly
    situated individuals*,

 -vs-                                        Case No. 19-13743
                                              Hon. Stephanie Dawkins Davis

RAUSCH, STURM, ISRAEL, ENERSON
& HORNIK LLP, *et al.*

    Defendants.

### **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties have negotiated a settlement, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs and the dismissal of Plaintiff's putative class claims without prejudice and without costs.

    **IT IS SO ORDERED.**

Dated:  April 16, 2020                          s/Stephanie Dawkins Davis
                                                           Hon. Stephanie Dawkins Davis
                                                            United States District Judge

2

STIPULATED AND AGREED:

By: /s/ Adam G. Taub
    Adam G. Taub (P48703)
    Attorney for Jeffrey Morton
    17200 West Ten Mile Rd, Ste 200
    Southfield, MI 48075
    (248) 746-3790
    adamgtaub@clgplc.net

By: /s/Manuel H. Newburger
    Manuel H. Newburger, Esq.
    7320 N. MoPac Expy., Ste 400
    Austin, Texas 78731
    Telephone: (512) 649-4022
    Facsimile: (512) 279-0310
    mnewburger@bn-lawyers.com
    *Attorneys for Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP, also known as Rausch Sturm, LLP and Rausch Sturm*

/s/Jeffrey C. Turner
Jeffrey C. Turner (OH #0063154)
David B. Shaver (OH #0085101)
8163 Old Yankee Street, Ste C
Dayton, Ohio 45458
(937) 222-2333
(937) 222-1970 (fax)
jturner@sdtlawyers.com
dshaver@sdtlawyers.com
*Attorneys for Defendants The Bureaus, Inc.; and Bureaus Investment Group Portfolio No. 15 LLC*

Dated: April 15, 2020